UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS A. BEACOCK,<br><br>                    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. 3:17-cv-5503-BAT<br><br>**ORDER GRANTING EAJA FEES AND COSTS** |

The parties stipulate that Plaintiff should be awarded attorney fees of $7,406.91 pursuant to the Equal Access to Justice Act, § 2412(d), and costs in the amount of $400 (filing fee) pursuant to 28 U.S.C. §1920, totaling $7,806.91. Dkt. 20.

Accordingly, the Court **ORDERS** that attorney fees and costs in the total amount of $7,806.91 shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, the check shall be made out to Plaintiff's attorney, Jamie Evans: 610 SW Broadway, Suite 405, Portland, OR 97205. If Plaintiff has a debt, the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

ORDER GRANTING EAJA FEES AND COSTS - 1

DATED this 12th day of March, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EAJA FEES AND COSTS - 2